No. 566　　　　　June 25, 2025　　　　　449

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

L. B. B.,
*Petitioner-Respondent,*
*v.*
DAVID WHITE,
*Respondent-Appellant.*

Washington County Circuit Court
23PO09210; A182481

Kelly D. Lemarr, Judge.

Submitted May 20, 2025.

David White filed the brief *pro se*.

No appearance for respondent.

Before Ortega, Presiding Judge, Hellman, Judge, and O'Connor, Judge.

ORTEGA, P. J.

Appeal dismissed for lack of jurisdiction.

**ORTEGA, P. J.**

Respondent appeals an order denying his motion to stay the trial court's previous order granting an extreme risk protection order under ORS 166.527. The court's order denying respondent's motion to stay in the context of this special statutory proceeding was not an appealable order because it did not affect a substantial right within the meaning of ORS 19.205(5). Thus, we do not reach the merits of respondent's various arguments and dismiss for lack of jurisdiction.

Appeal dismissed for lack of jurisdiction.